**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WETRO LAN LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**BELKIN INTERNATIONAL, INC.,**<br><br>　　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-47**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

　　Plaintiff Wetro Lan LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims against Defendant Belkin International, Inc. in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 4, 2015　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Austin Hansley*
　　　　　　　　　　　　　　　　　　　　　　**AUSTIN HANSLEY P.L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　Austin Hansley
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No.: 24073081
　　　　　　　　　　　　　　　　　　　　　　5050 Quorum Dr. Suite 700
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75254
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(469) 587-9776
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(855) 347-6329
　　　　　　　　　　　　　　　　　　　　　　Email: Austin@TheTexasLawOffice.com
　　　　　　　　　　　　　　　　　　　　　　www.TheTexasLawOffice.com
　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　　　　WETRO LAN LLC**

**CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on May 4, 2015.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Austin Hansley*
　　　　　　　　　　　　　　　　　　　　　　Austin Hansley